UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-10338-399 |
| | ) | Chapter 7 |
| **MARK STEVEN FAUSETT**, | ) | |
| | ) | Re: doc 19 |
| | ) | |
| Debtor. | ) | **ORDER** |

On May 8, 2018, Mark Steven Fausett ("the Debtor") filed his "Motion to Postpone 341 Meeting" (doc 19) stating that:

> "The undersigned counsel for Debtor has a direct conflict on the time of the meeting. The undersigned counsel also has a social security hearing for which the claimant has been waiting for over a year for his hearing. That hearing is scheduled for May 11, 2018 at 1:00 p.m. in Sikeston, Missouri."

See Local Rule 2003-A: **Requests to Continue or Reschedule the § 341 Meeting, Notice of Re-setting, and Extension** which states as follows:

> "If the debtor or the debtor's attorney knows in advance of the § 341 Meeting that the debtor or attorney cannot attend the § 341 Meeting as scheduled, the debtor's attorney (or the debtor if not represented by an attorney) shall contact the Trustee (or the United States Trustee in a Chapter 11 case where no Trustee has been appointed) as far in advance of the § 341 Meeting as possible to request a continued hearing date. If continued, the debtor's attorney (or the debtor if not represented by an attorney) shall:
>
> 1. prepare and file a notice of the continued § 341 Meeting;
> 2. serve notice of the continued § 341 Meeting date on the Trustee and on all creditors and parties in interest and, in Chapter 11 cases, on the United States Trustee; and
> 3. file a certificate of service with the Court.
> 4. In Chapter 13 cases, the debtor's attorney (or the debtor if pro se) shall also obtain a continued confirmation hearing date from the Courtroom Deputy and include the continued confirmation date in the notice of the continued § 341 Meeting mailed to all creditors and parties in interest."

Upon careful review of the record in this case, it is accordingly

**ORDERED** that the Debtor's "Motion to Postpone 341 Meeting" (doc 19) be and it is hereby **DENIED** for failure to comply with Local Rule 2003-A.

DATED: May 10, 2018
St. Louis, Missouri
wma

_____
Barry S. Schermer
United States Bankruptcy Judge

Copies mailed to:

**J. Michael Payne**
Limbaugh, Russell, Payne & Howard
407 N. Kingshighway, Ste. 400
PO Box 1150
Cape Girardeau, MO 63702-1150
ATTORNEY FOR DEBTORS

**Mark Steven Fausett**
PO Box 283
Jackson, MO 63755-0283
DEBTOR

**Tom K. O'Loughlin**
O'Loughlin, O'Loughlin et al.
1736 N. Kingshighway
Cape Girardeau, MO 63701
CHAPTER 7 TRUSTEE

**U.S. Trustee**
Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE MAILING MATRIX**